IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SIERRACIN CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 02-1343-MLB |
| | ) |
| LEE AEROSPACE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATED JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE**

NOW on this 28th day of February plaintiff Sierracin Corporation and defendants Lee Aerospace, Inc., James E. Lee, and Robert Hart, by and through counsel of record agree and stipulate to the dismissal of this action including all claims and counter-claims in accordance with the Confidential Settlement Agreement each has duly executed.

WHEREFORE IT IS ORDER, ADJUDGED AND DECREED this case shall be and hereby is dismissed with prejudice to refiling.

s/Monti Belot
_____
Hon. Monte L. Belot, District Judge
United States District Court
District of Kansas

Submitted

/s/
_____
Peter G. Collins
Woodard, Hernandez, Roth & Day, L.L.C.
257 N. Broadway, Suite 300
Wichita, Kansas 67202
(316) 263-4958
*Attorneys for Plaintiff*